IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY MIDDLETON,** | : | **CIVIL NO. 1:13-CV-01085** |
| **Plaintiff,** | : | |
| | : | **(Judge Kane)** |
| v. | : | |
| **UNITED STATES,** | : | |
| **Defendant** | : | |

# ORDER

**NOW, THEREFORE, THIS 3rd DAY OF SEPTEMBER, 2015,** upon consideration of Defendant's motion to dismiss (Doc. No. 23) and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1) Plaintiff's complaint (Doc. No. 1) is hereby **DISMISSED** for lack of subject matter jurisdiction;

2) The Clerk of Court is directed to **CLOSE** this case.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania