IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY MIDDLETON,** | : | Civil No. 1:13-CV-1085 |
|     **Plaintiff,** | : | |
| | : | |
| V. | : | (Kane, J.) |
| | : | |
| **UNITED STATES OF AMERICA, et al.,** | : | |
|     **Defendants.** | : | |

## MOTION REQUESTING LIMITED JURISDICTIONAL DISCOVERY

NOW COMES, Terry Middleton, Plaintiff, pro se and moves this Court, pursuant to Federal Rules of Civil Procedure Rule 26, to grant limited jurisdictional discovery, in which to serve interrogatories and/or conduct depositions upon, Lt. James Lyons, Lt. J. Olshefski, Officer Wayne Walters, and Officer Brian Messersmith, in regard to the jurisdictional issues pending before this Court, per remand by the Third Circuit Court of Appeals in Middleton v. United States, No. 15-3412, 2016 WL 4269799 (3rd Cir. Aug. 15, 2016.

Plaintiff will submit a supporting brief in accordance with Local Rule 7.5 within 14 days of filing this motion.

Plaintiff contacted Melissa A. Swauger, counsel for Defendants, for concurrence in this motion and she does not concur.

FILED
SCRANTON

MAR 10 2017

PER _____
    DEPUTY CLERK

Respectfully submitted,

Date: March 6, 2017

Terry Middleton, Pro se
1821 Avocado Blvd.
Bunnell, FL 32110

**CERTIFICATE OF SERVICE**

Plaintiff hereby certifies that a true and correct copy of the foregoing has been furnished Melissa A. Swauger, Assistant United States Attorney, 228 Walnut Street, 2nd Floor, Harrisburg, PA 17108 by U.S. Mail this 6th day of March, 2017.

Terry Middleton, Pro se

ORLANDO FL 328

06 MAR 2017 PM 3 L

Terry Middleton
1821 Avocado Blvd.
Bunnell, FL 32110

Clerk of the Court
U.S. District Court
235 N. Washington Avenue
Scranton, PA 18503

RECEIVED
SCRANTON
MAR 10 2017
PER _____ DEPUTY CLERK

18503-153425