IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRY MIDDLETON, | : | |
| Plaintiff | : | |
| | : | No. 1:13-cv-01085 |
| v. | : | |
| | : | (Judge Kane) |
| UNITED STATES OF AMERICA, | : | |
| FEDERAL BUREAU OF PRISONS, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 30th day of May 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion for reconsideration (Doc. No. 141), is **DENIED**; and

2. The dispositive motion deadline is **STAYED** pending further order of this Court.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania