IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY MIDDLETON,** | : | |
| Plaintiff | : | |
| | : | No. 1:13-cv-01085 |
| v. | : | |
| | : | (Judge Kane) |
| **UNITED STATES OF AMERICA** | : | |
| **Federal Bureau of Prisons,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 22nd day of October 2018, in accordance with the Memorandum filed concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant is directed to file an update with the Court, within ten (10) days from the date of this Order, advising the Court of its efforts and results in obtaining the special instructions and specific post orders that are the subject matter of Plaintiff's current motion to compel; and

2. Disposition of Plaintiff's motion to compel is **STAYED** pending the filing of said update.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
