IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRY MIDDLETON,**<br>**Plaintiff,** | Civil No. 1:13-CV-1085 |
| v. | (Kane, J.) |
| **UNITED STATES OF AMERICA,**<br>**Defendant** | Filed Electronically |

**JOINT STATUS REPORT**

COME NOW, Plaintiff, Terry Middleton, and Defendant, the United States of America, upon consummation of the settlement between the parties, and in accordance with this Court's Order of October 9, 2020, jointly request the instant action be dismissed with prejudice.

_____   11/2/2020
Terry Middleton, Plaintiff      Date

s/ Melissa A. Swauger             11/2/20
Melissa A. Swauger                Date
Assistant U.S. Attorney
228 Walnut Street
Harrisburg, PA 17101
Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRY MIDDLETON,**<br>Plaintiff, | Civil No. 1:13-CV-1085 |
| v. | (Kane, J.) |
| **UNITED STATES OF AMERICA,**<br>Defendant | Filed Electronically |

### CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers. That on November 2, 2020, she served a copy of the attached

### JOINT STATUS REPORT

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:
Terry Middleton
1821 Avocado Blvd.
Bunnell, FL 32110

s/ Michele E. Lincalis
Michele E. Lincalis
Supv. Paralegal Specialist
